# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

———————————

No. 3D21-1661
Lower Tribunal No. 20-16849

———————————

**Miriam Hernandez,**
Appellant,

vs.

**The TJX Companies, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Miriam Hernandez, in proper person.

Kubicki Draper, P.A., and Sharon C. Degnan (Orlando), for appellee.

Before FERNANDEZ, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.